# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

Lowery

v.

Flynn, et al

Case No. 5:20-CV-03278-EFM-ADM

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____ Appellant _____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☑ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____
Signature

Name LaJuan Lowery

Mailing Address 601 S. 3rd St.

City LV.    State KS    Zip Code 66048

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ___01-06-2023___ I sent a copy of
[date]

the Pro Se Entry of Appearance Form to: _United States Courts of Appeals_

at _1823 Stout Street_

___Denver, Colorado 80257___, the last known

address/email address, by _U.S Postal Service_.
[state method of service]

_01-06-2023_
Date

_Ralph L Lowry_
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09



KANSAS CITY 640

9 JAN 2023   PM 3 L



Scanned by
US Marshal

United States of Appeals

Byron White United States Courthouse

1823 stout street

Denver, Colorado 80257

80257—

J. Juan s.l. lowery
601 s. 3rd street
Leavenworth, Kansas 66048

THIS CORRESPONDENCE
HAS BEEN MAILED FROM THE
LEAVENWORTH COUNTY JAIL